## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY P. COLBY,** | ) | **CASE NO. 8:05CV116** |
| **Plaintiff,** | ) | |
| vs. | ) | |
| **WASHINGTON, COUNTY OF NEBRASKA, MICHAEL ROBINSON,** Sheriff, Washington County, **JOHN DOE,** Unknown Jail Staff acting on behalf of Washington County for the Sheriff's Department; **JANE DOE,** Staff acting on behalf of Washington County for the Sheriff's Department, and **WALTER GROVES,** | ) | **ORDER OF DISMISSAL** |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiffs' Motion to Dismiss (Filing No. 21). The motion represents that the Defendants do not oppose the motion. Because the motion substantially complies with Fed. R. Civ. P. 41(a)(1)(ii):

IT IS ORDERED:

1) The Motion to Dismiss (Filing No. 21) is granted;

2) The Complaint is dismissed without prejudice; and

3) Each party shall pay its own costs and attorneys' fees.

DATED this 21st day of September, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge